```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 16484
   CLEON L TUBBS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8845

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/11/2007 and was confirmed 10/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   11.08%.

     The case was dismissed after confirmation 09/29/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                 PAID          PAID
------------------------------------------------------------------------------
GATEWAY FINANCIAL SERVIC  SECURED VEHIC      5500.00            321.48        1462.36
GATEWAY FINANCIAL SERVIC  UNSECURED           547.29              .00             .00
AT&T                      UNSECURED         NOT FILED             .00             .00
ACE CASH ADVANCE          UNSECURED         NOT FILED             .00             .00
AMERICAS FINANCIAL CHOIC  UNSECURED         NOT FILED             .00             .00
AMERICAS FINANCIAL CHOIC  NOTICE ONLY       NOT FILED             .00             .00
BROADVIEW POLICE DEPT     UNSECURED         NOT FILED             .00             .00
CIRCUIT COURT CO COOK CO  NOTICE ONLY       NOT FILED             .00             .00
CITY OF CHICAGO PARKING   UNSECURED           780.00              .00             .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY       NOT FILED             .00             .00
ARNOLD SCOTT HARRIS       NOTICE ONLY       NOT FILED             .00             .00
COMMONWEALTH EDISON       UNSECURED           829.50              .00             .00
DEVON FINANCIAL SERVICE   UNSECURED           327.11              .00             .00
DEVON FINANCIAL SERVICE   NOTICE ONLY       NOT FILED             .00             .00
FINANCIAL MGMT SVCS       UNSECURED         NOT FILED             .00             .00
GENESIS FINANCIAL SERVIC  UNSECURED         NOT FILED             .00             .00
ILLINOIS COLLECTION SERV  UNSECURED         NOT FILED             .00             .00
ILLINOIS COLLECTION SERV  NOTICE ONLY       NOT FILED             .00             .00
NATIONWIDE LOYOLA CU      UNSECURED         NOT FILED             .00             .00
NICOR GAS                 UNSECURED         NOT FILED             .00             .00
SPRINT-NEXTEL CORP        UNSECURED           835.33              .00             .00
US CELLULAR               UNSECURED         NOT FILED             .00             .00
SALUTE VISA GOLD          UNSECURED           448.51              .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           283.20              .00             .00
PREMIER BANKCARD          FILED LATE          453.49              .00             .00
TIMOTHY K LIOU            DEBTOR ATTY       3,259.20                            249.62
TOM VAUGHN                TRUSTEE                                               158.76
DEBTOR REFUND             REFUND                                                   .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16484 CLEON L TUBBS
```

```
--------------------------------------------------------------------------------
TRUSTEE                                  2,192.22

PRIORITY                                                                    .00
SECURED                                                                1,462.36
    INTEREST                                                             321.48
UNSECURED                                                                   .00
ADMINISTRATIVE                                                           249.62
TRUSTEE COMPENSATION                                                     158.76
DEBTOR REFUND                                                               .00
                                   ---------------        ---------------
TOTALS                                   2,192.22               2,192.22
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                                                      /s/ Tom Vaughn
Dated: 12/22/08                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE

```
                                PAGE   2
        CASE NO. 07 B 16484 CLEON L TUBBS
```